**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 11/14/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Marcos Calcano, On Behalf Of Himself And
All Other Persons Similarly Situated,**

                                        **Plaintiff,**

                    **-against-**

**Segway Inc.,**

                                        **Defendant.**

**1:24-cv-06203 (DEH) (SDA)**

**ORDER FOR
TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

         The parties are directed to appear for a telephone conference on Tuesday, November 26, 2024 at 2:00 p.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

         If Plaintiff's counsel has been in communication with Defendant, Plaintiff's counsel shall advise Defendant of the scheduling of the conference. If Defendant has not appeared in this action as of the date of the telephone conference, Plaintiff still is required to appear for the telephone conference.

**SO ORDERED.**

Dated:        New York, New York
              November 14, 2024

                                        _____
                                        STEWART D. AARON
                                        United States Magistrate Judge